UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDALL CALLAHAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. and UNITED NETWORK FOR ORGAN SHARING et. Al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:19-cv-1783-AT<br>     D. Mass MBD No.<br><br><br><br>     **HEARING REQUESTED** |

**NON-PARTY ALEXANDRA K. GLAZIER'S MOTION TO QUASH FOR A PROTECTIVE ORDER, AND FOR SANCTIONS**

Alexandra K. Glazier, a Massachusetts resident and a non-party in the above-captioned case pending in the U.S. District Court for the Northern District of Georgia (Atlanta Division), herby moves this Court under Fed. R. Civ. P. 45 (d)(3) to quash or modify a non-party subpoena that demands the production of documents and her appearance at a deposition in Boston, Massachusetts, on December 8, 2021.  Ms. Glazier also invokes the provisions or Fed. R. Civ. P. 26(c) and asks this Court to enter a protective order shielding this non-party from annoyance, embarrassment, oppression and undue burden and expense imposed through the non-party subpoena.  Moreover, because the non-party was issued improperly, Ms. Glazier seeks an award of her attorneys' fees associated with responding to the non-party subpoena and litigating this motion, as an appropriate sanction for the imposition of undue burden and expense on Ms. Glazier under Fed. R. 45(d)(1) and in violation of Rule 26.

As grounds therefor, Ms. Glazier submits the accompanying Memorandum in Support of Non-Party Alexandra K. Glazier's Motion to Quash and for a Protective Order and the Declaration of Alexandra K. Glazier.

### Request for Oral Argument

Pursuant to Local Rule 7.1(d), Ms. Glazier believes oral argument may assist the Court and respectfully requests a hearing.

Respectfully Submitted,

For Non-Party
ALEXANDRA K. GLAZIER,

/s/ Michael K. Fee
Michael K. Fee (BBO No. 544541)
David G. Lazarus (BBO No. 624907)
Verrill Dana LLP
One Federal Street, 20th Floor
Boston, MA 02110
mfee@verrill-law.com
dlazarus@verrill-law.com
Phone: (617) 309-2600

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I served the above document on all parties via email.

/s/ Michael K. Fee
Michael K. Fee